JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. LOPEZ,<br><br>        Petitioner,<br><br>  v.<br><br>B. PHILIPS, Warden,<br><br>        Respondent. | NO. CV 23-2260-SVW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 2, 2024.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE